| A. SETTLEMENT STATEMENT | U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT | | |
|---|---|---|---|

OMB No. 2502-0265

**B. TYPE OF LOAN**

| 1. ☐ FHA  2. ☐ FmHA  3. ☐ CONV.UNINS. | 6. File Number: | 7. Loan Number: | 8. Mortgage Insurance Case Number: |
|---|---|---|---|
| 4. ☐ VA  5. ☐ CONV.INS. | dk020184 | | |

C. NOTE: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. NAME AND ADDRESS OF BORROWER: | E. NAME AND ADDRESS OF SELLER/TAX I.D.No.: | F. NAME AND ADDRESS OF LENDER: |
|---|---|---|
| Joseph J. Gambino<br><br>7460 N. Milwaukee<br>Niles, Illinois 60714 | REFINANCE | Ruben Zippershtein<br>3924 West Devon Avenue<br>Lincolnwood, Illinois 60712 |

| G. PROPERTY LOCATION: | H. SETTLEMENT AGENT: | |
|---|---|---|
| 7460 N. Milwaukee<br>Niles, Illinois 60714 | TITLE AMERICA | Disbursement Date:<br>12/20/02 |
| | PLACE OF SETTLEMENT:<br>11255 Patrick Court<br>Frankfort, Illinois 60423 | I. SETTLEMENT DATE:<br>12/20/02 |

| J. SUMMARY OF BORROWER'S TRANSACTION | | K. SUMMARY OF SELLER'S TRANSACTION | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER: | | 400. GROSS AMOUNT DUE TO SELLER: | |
| 101. Contract Sales Price | | 401. Contract Sales Price | |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 64,272.00 | 403. | |
| 104. Taxes-Cook County Collector | 24,067.48 | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes       to | | 406. City/town taxes       to | |
| 107. County taxes          to | | 407. County taxes          to | |
| 108. Assessments           to | | 408. Assessments           to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120.    GROSS AMOUNT DUE FROM BORROWER | 88,339.48 | 420.    GROSS AMOUNT DUE TO SELLER | |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER: | | 500. REDUCTIONS IN AMOUNT DUE TO SELLER: | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 200,000.00 | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes       to | | 510. City/town taxes       to | |
| 211. County taxes          to | | 511. County taxes          to | |
| 212. Assessments           to | | 512. Assessments           to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220.    TOTAL PAID BY/FOR BORROWER | 200,000.00 | 520.    TOTAL REDUCTION AMOUNT DUE SELLER | |
| 300. CASH AT SETTLEMENT FROM/TO BORROWER | | 600. CASH AT SETTLEMENT TO/FROM SELLER | |
| 301. Gross amount due from borrower (line 120) | 88,339.48 | 601. Gross amount due to seller (line 420) | |
| 302. Less amounts paid by/for borrower (line 220) | 200,000.00 | 602. Less reductions in amount due seller (line 520) | |
| 303. CASH (☐ FROM) (☒ TO) BORROWER | 111,660.52 | 603. CASH (☐ TO) (☐ FROM) SELLER | |

Previous edition is obsolete.

HUD-1 (8-87)
RESPA, HB 4305.2



DEPOSITION EXHIBIT 2

PLAINTIFF'S EXHIBIT 65

SD 000246

SDKB

-2-

| L. SETTLEMENT CHARGES | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION based on price $ a %= | | | |
| Division of Commission (line 700) as follows: | | | |
| 701. $ to | | | |
| 702. $ to | | | |
| 703. Commission paid at Settlement | | | |
| 704. | | | |
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | | | |
| 801. Loan Origination Fee | % | | |
| 802. Loan Discount | % | | |
| 803. Appraisal Fee to | | | |
| 804. Credit Report to | | | |
| 805. Lenders Inspection Fee | | | |
| 806. Mortgage Insurance Application Fee to | | | |
| 807. Assumption Fee | | | |
| 808. | Stephen Wolf | 5,250.00 | |
| 809. | Adam Wolf | 4,000.00 | |
| 810. | Ruben Zippershtein | 15,750.00 | |
| 811. December Interest | Ruben Zippershtein | 3,000.00 | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | |
| 901. Interest from to a$ /day | | | |
| 902. Mortgage Insurance Premium for months to | | | |
| 903. Hazard Insurance Premium for years to | | | |
| 904. Flood Insurance Premium for years to | | | |
| 905. | | | |
| 1000. RESERVES DEPOSITED WITH LENDER | | | |
| 1001. Hazard Insurance months a$ per month | | | |
| 1002. Mortgage Insurance months a$ per month | | | |
| 1003. City property taxes months a$ per month | | | |
| 1004. County property taxes months a$ per month | | | |
| 1005. Annual assessments months a$ per month | | | |
| 1006. Flood insurance months a$ per month | | | |
| 1007. months a$ per month | | | |
| 1008. months a$ per month | | | |
| 1100. TITLE CHARGES | | | |
| 1101. Settlement or closing fee | to Title America | 250.00 | |
| 1102. Abstract or title search | to | | |
| 1103. Title examination | to | | |
| 1104. Title insurance binder | to | | |
| 1105. Document preparation | to | | |
| 1106. Notary fees | to | | |
| 1107. Attorney's fees | to Dennis Koonce | 750.00 | |
| (includes above items numbers: ) | | | |
| 1108. Title insurance | to Title America | 650.00 | |
| (includes above items numbers: 1102,1103,1104 ) | | | |
| 1109. Lender's coverage $ 200,000.00 650.00 | | | |
| 1110. Owner's coverage $ | | | |
| 1111 Laterdate | Title America | 90.00 | |
| 1112 Legal Fees | Fritzshall Law Firm | 1,500.00 | |
| 1113 Payment Escrow | Title America | 33,000.00 | |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | | |
| 1201. Recording fees: Deed $ ;Mortgage $ 32.00 ;Releases $ | | 32.00 | |
| 1202. City/county tax stamps: Deed $ ;Mortgage $ | | | |
| 1203. State tax/stamps: Deed $ ;Mortgage $ | | | |
| 1204. | | | |
| 1205. | | | |
| 1300. ADDITIONAL SETTLEMENT CHARGES | | | |
| 1301. Survey to | | | |
| 1302. Pest inspection to | | | |
| 1303. | | | |
| 1304. | | | |
| 1305. | | | |
| 1400. TOTAL SETTLEMENT CHARGES (enter on lines 103,Sect J and 502,Sect K) | | 64,272.00 | |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

_____                      _____
Borrowers                                        Sellers

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

_____                      10/20/02
Settlement Agent                                 Date

Warning: It is a crime to knowingly make false statements to the United States on this or any similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010

SD-000247